IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02256-BNB
(**The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

SHIROCCO MARQUISE WILLIAMS,

    Plaintiff,

v.

RENE GARCIA,
DEBORAH DENHAM,
MR. CURRAN,
RICHARD W. SCHOOT, and
MR. TUCKER,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Shirocco Marquise Williams, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Englewood, Colorado. Mr. Williams initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) for money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff

files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner
(7)  X   is not on proper form (must use the Court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  An original and a copy have not been received by the Court. Only an original has been received.
(10) X   other:  Plaintiff may pay $400.00 (the $350.00 filing fee plus a $50.00 administrative fee) in lieu of filing a § 1915 Motion and Affidavit and a certified copy of his six months' trust fund statement, which he already submitted as an attachment to his current § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) __  is not on proper form (must use the Court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page no. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the Court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the Court.
(18) __  names in caption do not match names in text
(19) __  other:

Accordingly, it is

ORDERED that Plaintiff, Shirocco Marquise Williams, cure the designated deficiencies **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

2

It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and shall use that form in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies as directed **within thirty days from the date of this order**, the Prisoner Complaint and action will be dismissed without further notice.

DATED August 25, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Boyd N. Boland
                                          United States Magistrate Judge