**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-02256-LTB-KLM

SHIROCCO MARQUISE WILLIAMS,

    Plaintiff,

v.

RENE GARCIA,

    Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on November 27, 2015 (Doc 23). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(b).

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: December 15, 2015